2:06cv 245-WHA

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

RECEIVED

2006 MAR 17 A 9:33

| United States District Court | District MIDDLE DISTRICT OF ALABAMA | |
|---|---|---|
| Name of Movant<br>Sergio Ortiz Alcantara | Prisoner No.<br>11302-002 | Docket No.<br>2:03cr231-A-N |
| Place of Confinement<br>TCI Institution, P.O. Box 7001/A3A. Taft, California 93268 | | |

(include name upon which convicted)

UNITED STATES OF AMERICA    v.    SERGIO ORTIZ ALCANTARA
(full name of movant)

MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court Middle District of Alabama Northern Division

2. Date of judgment of conviction  June 23, 2004

3. Length of sentence  188 months

4. Nature of offense involved (all counts)  Count One: Conspiracy to possess w/i to distribute Methamphetamine; Count Two: Possessing and Distributing 500 grams of more of Methamphetamine in violation of §§ 841(a)(1) & 846

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. Kind of trial: (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court __Eleventh Circuit Court of Appeals__

   (b) Result __Affirmed__

   (c) Date of result __June 10, 2005__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __U.S. Supreme Court__

    (2) Nature of proceeding __Writ of Certiorari__

    (3) Grounds raised __Challenge the Eleventh's Circuit Decision__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result __Denied__

    (6) Date of result __September 2005__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding _____

    (3) Grounds raised __N/A__

(3)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result_____ N/A _____

    (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

    (1) Name of court _____ N/A _____

    (2) Nature of proceeding _____

    (3) Grounds raised_____ N/A _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐
    (5) Result _____ N/A _____
    (6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐    N/A
    (2) Second petition, etc.    Yes ☐ No ☐
    (3) Third petition, etc.    Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
    N/A

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
    CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.
    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

   A. Ground one: __Ineffective Assistance of Counsel__

   Supporting FACTS (tell your story *briefly* without citing cases or law: 
      See Attachment

   B. Ground two: __Ineffective Assistance of Counsel__

   Supporting FACTS (tell your story *briefly* without citing cases or law):
      See Attachment

   C. Ground three: __Ineffective Assistance of Counsel__

   Supporting FACTS (tell your story *briefly* without citing cases or law):
      See Attachment

D. Ground four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: Claims of ineffective assistance counsel are generally inappropriate on direct appeal. Such claims should be raised in habeas corpus proceedings, which permit defendant "to develop a record as to what counsel did, why it was done, and what, if any, prejudice resulted.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing Ben E. Bruner, 2835 Zelda Road, Suite 8, Montgomery, Alabama 36106

    (b) At arraignment and plea same as (a)

    (c) At trial same as (a)

    (d) At sentencing same as (a)

(e) On appeal ___same as (a)___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: ___N/A___

   (b) Give date and length of the above sentence: ___N/A___

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__March 10, 2006__
        (date)

_____Sergio Ortiz A._____
Signature of Movant

(7)