27BE, CLOSED, EL, INTERPRETER

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00231-WHA-SRW-3
### Internal Use Only

Case title: USA v. Theriot
Magistrate judge case number: 2:03-mj-00053

Date Filed: 10/29/2003

Assigned to: Honorable W. Harold Albritton, III
Referred to: Honorable Susan Russ Walker

**Defendant**

**Sergio Ortiz Alcantar** (3)
*TERMINATED: 07/06/2004*

represented by **Ben E. Bruner**
Ben E. Bruner, Attorney at Law
2835 Zelda Road
Suite 8
Montgomery, AL 36106
334-323-4462
Fax: 270-5983
Email: brunercrimlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *CJA Appointment*

**Sergio Ortiz Alcantar**
Federal Inmate
c/o Montgomery City Jail
P. O. Drawer 159
Montgomery, AL 36195
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

21:846 CONSP:
DISTB/METHAMPHETAMINE -
NMT $4,000,000, [*]; NLT 10Y or
NMT LIFE, B; NLT 5Y SUP REL;
VWPA; G-LNS; $100 SA
(1s)

**Disposition**

188 MOS IMPR; 5 YRS SUP REL; SA
(CONCURRENT SENTENCE)

| | |
|---|---|
| 21:841(a)(1) - DISTB & POSS TO DISTB METHAMPHETAMINE - NMT $4,000,000, [*]; NLT 10Y or NMT LIFE, B; NLT 5Y SUP REL; VWPA; G-LNS; $100 SA. (FORFEITURE ALLEGATION) (2s) | 188 MOS IMPR; 5 YRS SUP REL; SA (CONCURRENT SENTENCE) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 - CONSP/DISTR/CONTROLLED SUBST - NMT $4,000,000*; NLT 10Y or NMT LIFE, B; NLT 5Y SUP REL; $100 SA; VWPA; G-LINES (1) | DISMISSED ON MOTION OF U.S. ATTORNEY |
| 21:841 - DISTR/POSS/CONTROLLED SUBST - NMT $4,000,000*; NLT 10Y, NMT LIFE; B; NLT 5Y SUP REL; $100 SA; VWPA; G-LINES DISPENSE (2) | DISMISSED ON MOTION OF U.S. ATTORNEY |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

| **Plaintiff** | | |
|---|---|---|
| **United States of America** | represented by | **Todd A. Brown**<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 223-7560<br>Email: todd.brown@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**John T. Harmon**
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7560
Email: john.harmon@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Terry F. Moorer**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: terry.moorer@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2003 | 1 | COMPLAINT as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 | 2 | Warrant WARRANT issued as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 |  | **Added Government Attorney Todd A. Brown as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 |  | ARREST of Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 |  | Initial appearance as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez held before Mag Judge Vanzetta P. McPherson on 10/9/03 ; Detention Hearing set for 3:00 10/15/03 for Willie Petry Theriot, for Michael R. Marks, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Anibal Gutierrez at Courtroom 5A (Defendant informed of rights.) (FTR: 4:45-5:00) (Interpreter - Beverly Childress) [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 | 9 | CJA 23 FINANCIAL AFFIDAVIT by Sergio Ortiz Alcantar [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 | 10 | MOTION by USA as to Sergio Ortiz Alcantar for Detention Hearing [10-1] referred to Mag Judge Vanzetta P. McPherson [ 2:03-m -53 ] (dmk) |

| | | |
|---|---|---|
| | | (Entered: 10/10/2003) |
| 10/09/2003 | 11 | Courtroom Deputy's Minutes as to Sergio Ortiz Alcantar : Initial appearance held before Mag. Judge McPherson (FTR: 4:45-5:00) [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 | | **Added for Sergio Ortiz Alcantar Attorney Ben E. Bruner [ 2:03-m -53 ] (dmk) (Entered: 10/10/2003) |
| 10/09/2003 | | **Added party US Marshals Service, Montgomery U.S. Probation, U.S. Pretrial, USA Financial Unit [ 2:03-m -53 ] (ws) (Entered: 10/27/2003) |
| 10/14/2003 | 18 | ORDER as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez setting Detention Hearing for 3:00 10/15/03 for Willie Petry Theriot, for Michael R. Marks, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Anibal Gutierrez before Mag Judge Vanzetta P. McPherson in Courtroom 5A ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, FD, YG, HC [ 2:03-m -53 ] (dmk) (Entered: 10/14/2003) |
| 10/14/2003 | 21 | ORDER as to Sergio Ortiz Alcantar Appointing CJA attorney Ben Bruner as Counsel ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Deft., Copies furnished to: USA, USM, USPO, USPTS, FD [ 2:03-m -53 ] (dmk) (Entered: 10/14/2003) |
| 10/14/2003 | | **Added party Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez [ 2:03-m -53 ] (dmk) (Entered: 10/14/2003) |
| 10/14/2003 | 47 | CJA 20 as to Sergio Ortiz Alcantar : Appointment of Attorney Ben E. Bruner ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, [ 2:03-m -53 ] (ws) (Entered: 10/20/2003) |
| 10/15/2003 | | Preliminary Examination as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Anibal Gutierrez held before Mag Judge Vanzetta P. McPherson on 10/15/03 (FTR: 3:28) [ 2:03-m -53 ] (dmk) (Entered: 10/15/2003) |
| 10/15/2003 | | Detention hearing as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Anibal Gutierrez held before Mag Judge Vanzetta P. McPherson on 10/15/03 (FTR: 3:28) [ 2:03-m -53 ] (dmk) (Entered: 10/15/2003) |
| 10/15/2003 | 24 | Courtroom Deputy's Minutes as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Anibal Gutierrez : Preliminary examination and detention hearing held before Mag. Judge McPherson (FTR: 3:28; Beverly Childress - Interpreter) [ 2:03-m -53 ] (dmk) (Entered: 10/15/2003) |
| 10/15/2003 | 30 | ORDER as to Willie Petry Theriot, Sergio Ortiz Alcantar, Anibal Gutierrez finding probable cause and defts. are bound over to grand jury |

| Date | Doc # | Description |
|---|---|---|
| | | for further action; that defendants be held in custody of USM until further orders of this court ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Defts., Copies furnished to: USA, USM, USPO, USPTS [ 2:03-m -53 ] (dmk) (Entered: 10/16/2003) |
| 10/15/2003 | | **Terminated document(s) as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Anibal Gutierrez : terminating [16-1] motion for Detention Hearing as to Anibal Gutierrez (1), terminating [10-1] motion for Detention Hearing as to Sergio Ortiz Alcantar (1), terminating [7-1] motion for Detention Hearing as to Michael R. Marks (1), terminating [4-1] motion for Detention Hearing as to Willie Petry Theriot (1) [ 2:03-m -53 ] (dmk) (Entered: 10/16/2003) |
| 10/16/2003 | 33 | MOTION (PETITION) by USA as to Sergio Ortiz Alcantar for Release of Defendant from Custody to Custody of Agents [33-1] referred to Mag Judge Vanzetta P. McPherson [ 2:03-m -53 ] (ekl) (Entered: 10/17/2003) |
| 10/17/2003 | 38 | ORDER as to Sergio Ortiz Alcantar granting [33-1] motion for Release of Defendant from Custody to Custody of Agents as to Sergio Ortiz Alcantar (3) ( Signed by Mag Judge Vanzetta P. McPherson ) , Copies furnished to: USA,USM,USPTS,USPO,COUNSEL [ 2:03-m -53 ] (ekl) (Entered: 10/17/2003) |
| 10/17/2003 | 42 | DETENTION ORDER as to Sergio Ortiz Alcantar ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTS0,USM [ 2:03-m -53 ] (dkt clerk) (Entered: 10/17/2003) |
| 10/27/2003 | | ** Renoticed document [52-2] order to add parties and select them [ 2:03-m -53 ] (ws) (Entered: 10/27/2003) |
| 10/29/2003 | | File merged w/CR 03-231-N as to Willie Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez [ 2:03-m -53 ] (dmk) (Entered: 10/31/2003) |
| 10/29/2003 | 54 | INDICTMENT as to Wille Petry Theriot (2) count(s) 1, 2, Michael R. Marks (5) count(s) 1, 3, Sergio Ortiz Alcantar (3) count(s) 1, 2, Gelacio Maturano Rodriguez (4) count(s) 1, 2, Anibal Gutierrez (1) count(s) 1, 2 (Preliminary Examination cancelled.) (dmk) Modified on 11/21/2003 (Entered: 10/31/2003) |
| 10/29/2003 | | **Added Government Attorney Todd A. Brown as to Wille Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez (dmk) (Entered: 10/31/2003) |
| 10/29/2003 | | **Added party USA Financial Unit (dmk) (Entered: 10/31/2003) |
| 10/29/2003 | | Magistrate Judge Susan Russ Walker assigned to case for discovery matters as well as matters subsequently referred by District Judge . (dmk) (Entered: 10/31/2003) |
| 10/29/2003 | | (dmk) (Entered: 10/31/2003) |

| Date | # | Description |
|---|---|---|
| 10/29/2003 | | **Added party Beverly Childress as interpreter (dmk) (Entered: 10/31/2003) |
| 10/29/2003 | | **Added as ip party Gelacio Maturano-Rodriguez, Anibal Gutierrez, Willie Theriot, Sergio Ortiz Alcantar, Michael R. Marks (dmk) (Entered: 11/03/2003) |
| 11/03/2003 | 59 | ORDER TO PRODUCE PRISONER FOR ARRAIGNMENT as to Sergio Ortiz Alcantar setting Arraignment for at 2:00 11/14/03 for Sergio Ortiz Alcantar for Courtroom 5B before Mag. Judge Susan R. Walker in Courtroom 5B () Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPO, USPTS, YG, HC, JT (dmk) (Entered: 11/03/2003) |
| 11/06/2003 | 62 | NOTICE of Appearance for Sergio Ortiz Alcantar by Attorney Ben Bruner (ws) (Entered: 11/07/2003) |
| 11/06/2003 | 64 | NOTICE of Need for Interpreter (court proceedings and any conferences) by Sergio Ortiz Alcantar (ekl) (Entered: 11/10/2003) |
| 11/06/2003 | 65 | EX PARTE MOTION by Sergio Ortiz Alcantar for Investigative Expenses above $300 [65-1] referred to Mag. Judge Susan R. Walker (ekl) (Entered: 11/10/2003) |
| 11/12/2003 | 66 | ORDER as to Sergio Ortiz Alcantar granting [65-1] motion for Investigative Expenses above $300 as to Sergio Ortiz Alcantar (3). Motion granted pursuant to 18 USC 3006(e)(1)--compensation not to exceed $1,000, exclusive of reimbursement for expenses reasonably incurred. ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: defendant, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 11/13/2003) |
| 11/12/2003 | 67 | ORDER as to Sergio Ortiz Alcantar granting [64-1] notice (motion) of need for interpreter only to the extent that prior approval for fees of an interpeter is granted up to and including the sum of $1,000 as to Sergio Ortiz Alcantar (3) ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: defendant, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 11/13/2003) |
| 11/13/2003 | 73 | MOTION by USA as to Wille Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Anibal Gutierrez to Amend Standing Order on Discovery and Notice of Potential Delay pursuant to 18 USC 3161(h)(8) [73-1] referred to Mag. Judge Susan R. Walker (ekl) (Entered: 11/17/2003) |
| 11/14/2003 | | ARRAIGNMENT as to Wille Petry Theriot, Michael R. Marks, Sergio Ortiz Alcantar, Anibal Gutierrez held before Mag. Judge Susan R. Walker on 11/14/03 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of Not Guilty. (FTR: 2:11-2:21) (dmk) (Entered: 11/14/2003) |
| 11/14/2003 | | PLEA of Not Guilty: , Sergio Ortiz Alcantar (3) count(s) 1, 2 ; Court accepts plea. (dmk) Modified on 11/21/2003 (Entered: 11/14/2003) |

| | | |
|---|---|---|
| 11/14/2003 | 71 | Courtroom Deputy's Minutes as to Sergio Ortiz Alcantar : Arraignment held before Mag. Judge Walker (FTR: 2:18-2:20) (dmk) (Entered: 11/14/2003) |
| 11/19/2003 | 77 | ORDER on Arraignment as to Sergio Ortiz Alcantar directing that Discovery is due on or before 12/15/03 for Sergio Ortiz Alcantar Pretrial Motions due by 12/10/03 for Sergio Ortiz Alcantar ; Pretrial set 2:00 12/15/03 for Sergio Ortiz Alcantar in Courtroom 5B before Mag. Judge Susan R. Walker Jury Trial set 1/6/04 for Sergio Ortiz Alcantar in U.S. Courthouse Jury Selection 10:00 1/6/04 for Sergio Ortiz Alcantar in U.S. Courthouse and government response to pretrial motions due 10 days from motion filing date. ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: deft, Copies furnished to: counsel, usa, ptso, uspo, usm (sql) (Entered: 11/19/2003) |
| 12/15/2003 | | Pre-trial conference as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks held before Mag. Judge Susan R. Walker on 12/15/03 (jct) (Entered: 12/15/2003) |
| 12/15/2003 | 84 | Courtroom Deputy's Minutes as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks : Pretrial Conference (2:38 - 2:45 Walker) (jct) (Entered: 12/15/2003) |
| 12/29/2003 | 93 | ORDER as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks reset Jury Selection for for 3/22/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks at U.S. Courthouse before Judge W. H. Albritton III in U.S. Courthouse , reset Jury Trial on 10:00 3/22/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks before Judge W. H. Albritton III in Courtroom 2C , set voir dire questions due on 3/15/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks , reset proposed jury instructions due on 3/15/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks , reset Motions in Limine Filing deadline to for 3/15/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks , reset Plea deadline to for 3/15/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks at U.S. Courthouse ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: defts, Copies furnished to: USA,USM,USPTS,USPO,YG,HC,WR, (ekl) (Entered: 12/30/2003) |
| 12/29/2003 | | CASE assigned to Judge W. H. Albritton III (ekl) (Entered: 12/30/2003) |
| 01/21/2004 | 100 | SUPERSEDING INDICTMENT as to Anibal Gutierrez (1) count(s) 1s, 2s, Wille Petry Theriot (2) count(s) 1s, 2s, Sergio Ortiz Alcantar (3) |

| | | |
|---|---|---|
| | | count(s) 1s, 2s, Gelacio Maturano Rodriguez (4) count(s) 1s, 2s, Michael R. Marks (5) count(s) 1s, 3s Copies mailed to: defendants, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 01/23/2004) |
| 01/23/2004 | 101 | MOTION by USA as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks to Dismiss Indictment (superseding indictment filed) [101-1] referred to Judge W. H. Albritton III (ekl) (Entered: 01/26/2004) |
| 01/23/2004 | | ARRAIGNMENT as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks set for 10:00 2/4/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks at Courtroom 5A before Mag Judge Vanzetta P. McPherson (ekl) (Entered: 01/26/2004) |
| 01/23/2004 | 105 | ORDER as to Sergio Ortiz Alcantar to Produce Prisoner for Arraignment, set Arraignment for at 10:00 2/4/04 for Sergio Ortiz Alcantar before Mag Judge Vanzetta P. McPherson in Courtroom 2A ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: deft, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 01/26/2004) |
| 01/27/2004 | 108 | STAMPED ORDER as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks granting [101-1] motion to Dismiss Indictment (superseding indictment filed) as to Anibal Gutierrez (1), Wille Petry Theriot (2), Sergio Ortiz Alcantar (3), Gelacio Maturano Rodriguez (4), Michael R. Marks (5) ( Entered by Judge W. H. Albritton III ) Copies mailed to: defts, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 01/27/2004) |
| 01/27/2004 | | DISMISSAL of Count(s) on Government Motion as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks Terminated motions Counts Dismissed: Anibal Gutierrez (1) count(s) 1, 2, Wille Petry Theriot (2) count(s) 1, 2, Sergio Ortiz Alcantar (3) count(s) 1, 2, Gelacio Maturano Rodriguez (4) count(s) 1, 2, Michael R. Marks (5) count(s) 1, 3 (ekl) (Entered: 01/27/2004) |
| 01/30/2004 | 110 | ORDER as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks reset Pretrial Conference from 2/25/04 to 2:00 2/24/04 for Anibal Gutierrez, for Wille Petry Theriot, for Sergio Ortiz Alcantar, for Gelacio Maturano Rodriguez, for Michael R. Marks at Courtroom 5B before Mag. Judge Susan R. Walker in Courtroom 5B ( Signed by Mag. Judge Susan R. Walker ) Copies mailed to: defts, Copies furnished to: USA,USM,USPTS,USPO,COUNSEL,JT,YG,HC (ekl) (Entered: 01/30/2004) |
| 02/04/2004 | | ARRAIGNMENT as to Sergio Ortiz Alcantar held before Mag Judge Vanzetta P. McPherson on 2/4/04 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of Not |

| | | |
|---|---|---|
| | | Guilty. (FTR: 10:06-10:14) (dmk) (Entered: 02/04/2004) |
| 02/04/2004 | | PLEA of Not Guilty: Sergio Ortiz Alcantar (3) count(s) 1s, 2s ; Court accepts plea. (dmk) (Entered: 02/04/2004) |
| 02/04/2004 | 112 | Courtroom Deputy's Minutes as to Sergio Ortiz Alcantar : Arraignment held before Mag. Judge McPherson (FTR: 10:06-10:14; Interpreter - Beverly Childress) (dmk) (Entered: 02/04/2004) |
| 02/24/2004 | | Pre-trial conference as to Wille Petry Theriot, Sergio Ortiz Alcantar, Michael R. Marks held before Mag. Judge Susan R. Walker on 2/24/04 (jct) (Entered: 02/24/2004) |
| 02/24/2004 | 118 | Courtroom Deputy's Minutes as to Wille Petry Theriot, Sergio Ortiz Alcantar, Michael R. Marks : Pretrial Conference (2:05 - 2:10 Walker) (jct) (Entered: 02/24/2004) |
| 03/05/2004 | | ** Renoticed document [133-1] report and recommendations Objections due by 3/18/04 [133-1] report and recommendations, to get bar code (ekl) (Entered: 03/05/2004) |
| 03/08/2004 | 134 | STAMPED ORDER as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks granting [73-1] motion to Amend Standing Order on Discovery and Notice of Potential Delay pursuant to 18 USC 3161(h)(8) as to Anibal Gutierrez (1), Wille Petry Theriot (2), Sergio Ortiz Alcantar (3), Gelacio Maturano Rodriguez (4), Michael R. Marks (5) ( Entered by Mag. Judge Susan R. Walker ) , Copies furnished to: USA,USM,USPTS,USPO,COUNSEL (ekl) (Entered: 03/08/2004) |
| 03/09/2004 | | ** Renoticed document [144-1] report and recommendations Objections due by 3/22/04 [144-1] report and recommendations, (to get bar code) (ekl) (Entered: 03/09/2004) |
| 03/11/2004 | | ** Renoticed document [150-1] order to receive bar code. (ekl) (Entered: 03/11/2004) |
| 03/12/2004 | 151 | TRIAL NOTICE as to Sergio Ortiz Alcantar ; Trial set for 10:00 3/22/04 for Sergio Ortiz Alcantar at Courtroom 2C ; TRIAL Notice to ATTORNEYS Ben E. Bruner for defendant Sergio Ortiz Alcantar, Todd A. Brown for plaintiff USA ; Clothing Notice mailed. (ekl) (Entered: 03/12/2004) |
| 03/15/2004 | 155 | Requested Voir Dire Questions by USA as to Sergio Ortiz Alcantar, Michael R. Marks (ws) (Entered: 03/16/2004) |
| 03/15/2004 | 156 | Proposed Jury Instructions by USA as to Sergio Ortiz Alcantar, Michael R. Marks (ws) (Entered: 03/16/2004) |
| 03/22/2004 | | Voir dire begun as to Sergio Ortiz Alcantar (3) count(s) 1s, 2s, Michael R. Marks (5) count(s) 1s, 3s. RISA ENTREKIN, COURT REPORTER (ekl) (Entered: 03/29/2004) |

| Date | Doc # | Description |
|---|---|---|
| 03/22/2004 | | Jury selection as to Sergio Ortiz Alcantar, Michael R. Marks held before Judge W. H. Albritton III on 3-22-04 . RISA ENTREKIN, COURT REPORTER. Trial set for 4/5/04, 9am. (ekl) (Entered: 03/29/2004) |
| 03/22/2004 | | Jury trial as to Sergio Ortiz Alcantar, Michael R. Marks set for 9:00 4/5/04 for Sergio Ortiz Alcantar, for Michael R. Marks at before Judge W. H. Albritton III (ekl) (Entered: 03/29/2004) |
| 03/22/2004 | 179 | Courtroom Deputy's Minutes of jury selection 3-22-04 as to Sergio Ortiz Alcantar, Michael R. Marks. RISA ENTREKIN, COURT REPORTER : (ekl) (Entered: 03/29/2004) |
| 03/24/2004 | 169 | MOTION (PETITION) by USA as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks for an Order directing the USM to Release Custody BRIAN SEXTON for the purpose of transporting him to the office of USA without the necessity of the presence of a Deputy USM [169-1] referred to Mag. Judge Delores R. Boyd (ws) (Entered: 03/24/2004) |
| 03/24/2004 | 170 | MOTION (PETITION) by USA as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks for Order directing the USM to Release from Custody SIDNEY BRIAN BRADLEY for the purpose of transporting him to the office of the USA without the necessity of the presence of a Deputy USM [170-1] referred to Mag. Judge Delores R. Boyd (ws) (Entered: 03/24/2004) |
| 03/24/2004 | 171 | MOTION (PETITION) by USA as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks for an order directing the USM to Release from Custody, JASON ARTHUR, for the purpose of transporting him to the office of the USA without the necessity of the presence of a Deputy USM [171-1] referred to Mag. Judge Delores R. Boyd (ws) (Entered: 03/24/2004) |
| 03/24/2004 | 173 | ORDER as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks granting [169-1] motion for an Order directing the USM to Release Custody BRIAN SEXTON for the purpose of transporting him to the office of USA without the necessity of the presence of a Deputy USM as to Anibal Gutierrez (1), Wille Petry Theriot (2), Sergio Ortiz Alcantar (3), Gelacio Maturano Rodriguez (4), Michael R. Marks (5) ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: Deft, Copies furnished to: USA, USM, USPT, USPO, EL, JT (ws) (Entered: 03/24/2004) |
| 03/24/2004 | 174 | ORDER as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks granting [170-1] motion for Order directing the USM to Release from Custody SIDNEY BRIAN BRADLEY for the purpose of transporting him to the office of the USA without the necessity of the presence of a Deputy USM as to Anibal Gutierrez (1), Wille Petry Theriot (2), Sergio Ortiz Alcantar (3), Gelacio Maturano Rodriguez (4), Michael R. Marks (5) ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: Deft, Copies furnished |

| | | |
|---|---|---|
| | | to: USA, USM, USPO, USPTS, EL, JT (ws) (Entered: 03/24/2004) |
| 03/24/2004 | 175 | ORDER as to Anibal Gutierrez, Wille Petry Theriot, Sergio Ortiz Alcantar, Gelacio Maturano Rodriguez, Michael R. Marks granting [171-1] motion for an order directing the USM to Release from Custody, JASON ARTHUR, for the purpose of transporting him to the office of the USA without the necessity of the presence of a Deputy USM as to Anibal Gutierrez (1), Wille Petry Theriot (2), Sergio Ortiz Alcantar (3), Gelacio Maturano Rodriguez (4), Michael R. Marks (5) ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: Deft, Counsel, Copies furnished to: USA, USM, USPO, USPTS, EL, JT (ws) (Entered: 03/24/2004) |
| 04/05/2004 | | ORAL MOTION for Judgment of Acquittal at the close of the government's case in chief by Sergio Ortiz Alcantar. (ekl, ) (Entered: 04/21/2004) |
| 04/05/2004 | | ORAL ORDER denying [] Oral Motion for Judgment of Acquittal at the close of the government's case in chief as to Sergio Ortiz Alcantar (3). By Judge W. Harold Albritton III on 4/5/04. (ekl, ) (Entered: 04/21/2004) |
| 04/06/2004 | | ORAL MOTION for Judgment of Acquittal at the close of all the evidence by Sergio Ortiz Alcantar. (ekl, ) (Entered: 04/21/2004) |
| 04/06/2004 | | ORAL ORDER denying [] Oral Motion for Judgment of Acquittal at the close of all the evidence as to Sergio Ortiz Alcantar (3). By Judge W. Harold Albritton III on 4/6/04. (ekl, ) (Entered: 04/21/2004) |
| 04/06/2004 | 180 | REDACTED Superseding Indictment by United States of America as to Michael R. Marks, Sergio Ortiz Alcantar (ekl, ) (Entered: 04/21/2004) |
| 04/06/2004 | 181 | Court's Instructions to the Jury as to Michael R. Marks, Sergio Ortiz Alcantar (ekl, ) (Entered: 04/21/2004) |
| 04/07/2004 | 182 | JURY VERDICT as to Sergio Ortiz Alcantar (3) Guilty on Count 1s,2s. (drug quantity: 500 grams or more as to each count ) (ekl, ) (Entered: 04/21/2004) |
| 04/07/2004 | 183 | ORDER as to Sergio Ortiz Alcantar Sentencing set for 6/23/2004 09:00 AM in Courtroom 2C before Honorable Chief W. Harold Albritton III. Any objections to the PSR are due in writing to the PO 6/2/04. Unless excused in writing, parties shall be available for a conference with the PO 6/3/04 at 11:00 am. Signed by Judge W. Harold Albritton III on 4/7/04. (ekl, ) (Entered: 04/21/2004) |
| 04/08/2004 | 189 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Jury Trial as to Michael R. Marks, Sergio Ortiz Alcantar held on April 5-8, 2004 (Court Reporter Risa Entrekin.) (ekl, ) (Entered: 05/03/2004) |
| 06/23/2004 | 208 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Sentencing held on 6/23/2004 for Sergio Ortiz Alcantar (3), Count(s) 1, 2, DISMISSED ON MOTION OF U.S. ATTORNEY; Count(s) 1s, 188 MOS IMPR; 5 YRS SUP REL; $100 SA Count(s) 2s, 188 MOS IMPR; 5 |

| | | |
|---|---|---|
| | | YRS SUP REL; $100 SA(CONCURRENT SENTENCE). Interpreter: Beverly Childress. (Court Reporter Risa Entrekin.) (ekl, ) Modified on 7/7/2004 to correct hearing held and filed date to read 6/23/04 not 6/25/04. (ekl, ). (Entered: 06/25/2004) |
| 06/25/2004 | 206 | NOTICE OF ATTORNEY APPEARANCE Terry F. Moorer appearing for USA. (Moorer, Terry) (Entered: 06/25/2004) |
| 06/28/2004 | 214 | NOTICE OF APPEAL to the United States Court of Appeals Eleventh Circuit by Sergio Ortiz Alcantar (re 213 Judgment) conviction and sentence entered in this acton on the 23rd day of June, 2004. Copy to USCA (ydw, ) (Entered: 07/07/2004) |
| 06/30/2004 | | TRANSCRIPT of Proceedings (multiple voir dire and jury selection) as to Sergio Ortiz Alcantar held on 3/22/04 before Judge W. Harold Albritton. Court Reporter: Risa Entrekin. (ekl, ) (Entered: 08/30/2004) |
| 06/30/2004 | | TRANSCRIPT of Trial Proceedings (VOLUME I) as to Sergio Ortiz Alcantar held on 4/5/04 before Judge W. Harold Albritton. Court Reporter: Risa Entrekin. (ekl, ) (Entered: 08/30/2004) |
| 06/30/2004 | | TRANSCRIPT of TRIAL Proceedings (VOLUME II) as to Sergio Ortiz Alcantar held on 4/6/04 before Judge W. Harold Albritton. Court Reporter: Risa Entrekin. (ekl, ) (Entered: 08/30/2004) |
| 06/30/2004 | | TRANSCRIPT of TRIAL Proceedings (VOLUME III) as to Sergio Ortiz Alcantar held on 4/7/04 before Judge W. Harold Albritton. Court Reporter: Risa Entrekin. (ekl, ) (Entered: 08/30/2004) |
| 06/30/2004 | | TRANSCRIPT of TRIAL Proceedings (VOLUME 1V) as to Sergio Ortiz Alcantar held on 4/8/004 before Judge W. Harold Albritton. Court Reporter: Risa L. Entrekin. (ydw, ) (Entered: 09/21/2004) |
| 07/06/2004 | 213 | JUDGMENT as to Sergio Ortiz Alcantar (3), Count(s) 1, 2, DISMISSED ON MOTION OF U.S. ATTORNEY; Count(s) 1s, 188 MOS IMPR; 5 YRS SUP REL; $100 SA (CONCURRENT SENTENCE); Count(s) 2s, 188 MOS IMPR; 5 YRS SUP REL; $100 SA (CONCURRENT SENTENCE) . Signed by Judge W. Harold Albritton III on 7/6/04. (ekl, ) (Entered: 07/07/2004) |
| 07/07/2004 | | NOTICE of Docket Text Correction re 208 Minutes of Sentencing to reflect that hearing was held on 6/23/04 and filed date should read as 6/23/04 not 6/25/04. (TEXT ONLY ENTRY-NO PDF DOCUMENT ATTACHED TO THIS ENTRY.) (ekl, ) (Entered: 07/07/2004) |
| 07/07/2004 | | Transmission of Notice of Appeal and Certified copy of Docket Sheet as to Sergio Ortiz Alcantar to US Court of Appeals re 214 Notice of Appeal - Final Judgment. There is no pdf document with this entry. (ydw, ) (Entered: 07/07/2004) |
| 07/13/2004 | | USCA Case Number as to Sergio Ortiz Alcantar 04-13399-D for 214 Notice of Appeal - Final Judgment filed by Sergio Ortiz Alcantar. There is |

| | | |
|---|---|---|
| | | no pdf document with this entry. (ydw, ) (Entered: 07/14/2004) |
| 07/19/2004 | 224 | Received TRANSCRIPT Order Information Sheet from Ben E. Bruner counsel for Sergio Ortiz Alcantar re 04-13399-D, 214 Notice of Appeal - Final Judgment with following notation: "I am Ordering a Transcript of the Following Proceedings": Trial - 4/5/04, 4/6/04, Judge Albritton, Risa Entrekin C/R, Sentence - 6/23/04, Judge Albritton, Risa Entrekin C/R. Copy furnished to RE C/R. (ydw, ) (Entered: 07/22/2004) |
| 08/04/2004 | | TRANSCRIPT filed as to Sergio Ortiz Alcantar for dates of 6/23/04 Sentencing Hearing held before Judge W. Harold Albritton, re 04-13399-D, 214 Notice of Appeal - Final Judgment Court Reporter: Risa L. Entrekin. There is no pdf document with this entry (ydw, ) (Entered: 08/04/2004) |
| 08/04/2004 | | Transcript Acknowledgment received from Court Reporter Risa L. Entrekin on 8/4/04 re: Sentencing Hearing held before Judge Albritton (04-13399-D, 214 Notice of Appeal. There is no pdf document with this entry (ydw, ) (Entered: 08/04/2004) |
| 08/16/2004 | 231 | CJA 24 as to Sergio Ortiz Alcantar: Authorization to Pay Risa L. Entrekin $121.68 for Transcript on Jury Trial, Sentencing. Signed by Judge W. Harold Albritton III on 8/13/04. (ydw, ) (Entered: 08/16/2004) |
| 08/30/2004 | | Certificate of Readiness to US Court of Appeals re 04-13399-D, 214 Notice of Appeal - Final Judgment. There is no pdf document with this entry (ydw, ) (Entered: 08/30/2004) |
| 08/31/2004 | 236 | Arrest Warrant Returned Executed on 8/19/04 as to Sergio Ortiz Alcantar. (ekl, ) (Entered: 09/01/2004) |
| 10/29/2004 | | Request for Record on Appeal By USCA Eleventh Circuit re 04-13399-D, 214 Notice of Appeal. There is no pdf document with this entry (ydw, ) (Entered: 11/02/2004) |
| 11/02/2004 | | Certified and Transmitted Record on Appeal as to Sergio Ortiz Alcantar to US Court of Appeals re 04-13399-D, 214 Notice of Appeal - Final Judgment. There is no pdf document with this entry (ydw, ) (Entered: 11/02/2004) |
| 11/09/2004 | | Acknowledgement of Receipt of Record on Appeal from USCA re 214 Notice of Appeal. There is no pdf document with this entry (ydw, ) (Entered: 11/12/2004) |
| 11/10/2004 | 239 | CJA 20 as to Sergio Ortiz Alcantar : Authorization to Pay Ben Bruner. Amount: $ 4,833.00, Voucher # 041007000078. Signed by Judge W. Harold Albritton III on 10/8/04. (ws) (Entered: 11/10/2004) |
| 03/22/2005 | | Payment Received: as to Sergio Ortiz Alcantar $ 25.00 assessment payment, receipt number 105753 (ws, ) (Entered: 03/23/2005) |
| 04/06/2005 | 269 | CJA 21 as to Sergio Ortiz Alcantar: Authorization to Pay Ben Bruner $ 410.75 for Expert Services, Voucher # 050317000096. Signed by Judge |

| | | |
|---|---|---|
| | | W. Harold Albritton III on 3/16/05. (ws, ) (Entered: 04/06/2005) |
| 06/21/2005 | | Payment Received: as to Sergio Ortiz Alcantar $ 25.00 assessment, receipt number 106737 (ws, ) (Entered: 06/21/2005) |
| 07/12/2005 | 273 | Per Curiam Opinion received from USCA Eleventh Circuit of Opinion Entered on 06/10/05; AFFIRMED (ydw, ) (Entered: 07/14/2005) |
| 07/12/2005 | 274 | JUDGMENT of USCA ISSUED AS MANDATE 06/10/05 (certified copy) as to Sergio Ortiz Alcantar re 04-13399-DD, 214 Notice of Appeal - Final Judgment; AFFIRMING the District Court's decision. (ydw, ) (Entered: 07/14/2005) |
| 07/12/2005 | | Appeal Record Returned as to Sergio Ortiz Alcantar: 04-13399-DD, 214 Notice of Appeal - Final Judgment; PSI returned to USPO (ydw, ) (Entered: 07/14/2005) |
| 09/19/2005 | | Payment Received: as to Sergio Ortiz Alcantar $ 25.00 assessment, receipt number 107710 (ws, ) (Entered: 09/21/2005) |
| 12/22/2005 | | Payment Received: as to Sergio Ortiz Alcantar $ 25.00 assessment, receipt number 108781 (ws, ) (Entered: 01/05/2006) |