# EXHIBIT

# D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
vs. ) Case No. 2:03cr231-A
)
GELACIO MATURANO RODRIGUEZ,)
)
       Defendant. )
)
)

### AFFIDAVIT OF DEFENDANT

STATE OF CALIFORNIA )
) ss.
COUNTY OF KERN )

I, Gelacio Maturano Rodriguez a/k/a Fernando Hernandez, state after being duly sworn and based upon my personal knowledge that:

1. That during the course of the conspiracy in this above-referenced case I traveled from Arizona to Montgomery, Alabama on three (3) occasions including October 7, 2003 carrying crontrolled substance, i.e. methamphetamine, to Frank Lara.

2. That on one of those trips that I made it to Montgomery I accompanied Frank Lara to met a couple of individuals for the purposes to made a controlled substance transaction, namely methamphetamine.

3. That during the metting Frank Lara discussed the sale of four ounces of methamphetamine with those individuals.

4. That on October 7, 2003, I invited my co-defendant in

this case Sergio Ortiz Alcantara to be my accompanying to pick it up a car in North Carolina. But I explained to him that before I had been crossing to North Carolina I need to make an stop in Montgomery. That only me knew of the purpose for the stop on that town.

5. That on October 7, 2003 it was the first time that Mr. Sergio Alcantara visited Montgomery, Alabama. As stated above, he did not know of the purpose for the stop in Montgomery.

6. That on October 8, 2003 at the time of my arrest I provided an statement to agent Edwards as to the drug quantity that I carried on this trip.

7. That I told him that I brought down--besides the two pounds that the police found inside the vehicle, I had also given another half things--or two packages of the same cover but with a different amount of the big packages to another subject by the nickname of A.G.

8. That the total amount of methamphetamine that carried with me on October 7, 2003 trip was the total of three (3) pounds. For which the packages were separated as follows: two packages of the same size and weigh, and two half pounds that were distributed the same date, October 7, 2003, to Anibal Gutierrez a/k/a A.G.

9. That I provide this statement freely and based upon my personal knowledge of the facts and circumstances of the events that happened during the lived conspiracy.

FURTHER THIS AFFIANT SAYETH NAUGHT

*Maturano Gelacio*
Gelacio Maturano Rodriguez
Reg. 11303-002
P.O. Box 7001/A3C
Taft, California  93268

SUBSCRIBED AND SWORN TO before me this_____day of January 2006 at Taft, California.

_____
Notary Public in and for State of California
My Commission Expires:

See attached Notary certificate
*GR*

3

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of __Kern__ } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ ~~See Statement Below (Lines 1–5 to be completed only by document signer[s],~~ *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this __24th__ day of __January__, __2006__, by

(1) __Gelacio Maturano-Rodriguez__
Name of Signer

☐ ~~Personally known to me~~
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____
Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me,)

__Earlene K Smith__
Signature of Notary Public

[Notary Seal: EARLENE K. SMITH, Commission # 1344294, Notary Public - California, Kern County, My Comm. Expires Mar 21, 2006]

Place Notary Seal Above

―――― **OPTIONAL** ――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: __Affidavit of Defendant__

Document Date: __27 Jan 2006__    Number of Pages: __3__

Signer(s) Other Than Named Above: __None__

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827