IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| SERGIO ORTIZ ALCANTAR | ) |
| | ) |
| v. | ) 2:06 CV 245-WHA |
| | ) |
| UNITED STATES OF AMERICA | ) |

### NOTICE OF FILING AFFIDAVIT

COMES NOW, the undersigned and complies with the Court's order by filing the attached affidavit in the proceding under 28 U.S.C. 2255.

Respectfully submitted,

_____
Ben E. Bruner (BRU 001)
Attorney at Law
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

### CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 17 day of April, 2006.

Laura Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101

Sergio Ortiz Alcantar
Reg. 11301-002
P.O. Box 7001/A3A
Taft, California 93268

_____
Ben E. Bruner