**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT 29 2003

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 03-231-N |
| ) | [21 USC 846, |
| ANIBAL GUTIERREZ, ) | 21 USC 841(a)(1)] |
| WILLE PETRY THERIOT, ) | |
| a/k/a, WILLIE PETRY THERIOT, ) | |
| SERGIO ORTIZ-ALCANTAR, ) | INDICTMENT |
| GELACIO MATURANO-RODRIGUEZ, and ) | |
| MICHAEL R. MARKS ) | |

The Grand Jury charges:

## COUNT 1

From an unknown date and continuing to about the month of October, 2003, the exact dates being unknown to the Grand Jury, in Montgomery County, Alabama, within the Middle District of Alabama,

ANIBAL GUTIERREZ,
WILLE PETRY THERIOT,
a/k/a, WILLIE PETRY THERIOT,
SERGIO ORTIZ-ALCANTAR,
GELACIO MATURANO-RODRIGUEZ, and
MICHAEL R. MARKS,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 8, 2003, in Montgomery County, Alabama, within the Middle District of Alabama,

**ANIBAL GUTIERREZ,
WILLE PETRY THERIOT,
SERGIO ORTIZ-ALCANTAR, and
GELACIO MATURANO-RODRIGUEZ,**

defendants herein, did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about October 8, 2003, in Montgomery County, Alabama, within the Middle District of Alabama,

**MICHAEL R. MARKS,**

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A.   Counts 1-3 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon Conviction for violation of Title 21, United States Code, Sections 846 and 841(a)(1) as alleged in Counts 1-3 of this indictment, the defendants:

ANIBAL GUTIERREZ,
WILLE PETRY THERIOT,
a/k/a, WILLIE PETRY THERIOT,
SERGIO ORTIZ-ALCANTAR,
GELACIO MATURANO-RODRIGUEZ, and
MICHAEL R. MARKS,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1-3 of this Indictment.

C.  Substitute Assets

If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Sections 841, 846, and 853.

A TRUE BILL:

*Tina Burnett*
Foreperson

*Leura G. Canary*
LEURA GARRETT CANARY
Assistant United States Attorney

*John T. Harmon*
JOHN T. HARMON
Assistant United States Attorney

*Todd A. Brown*
TODD A. BROWN
Assistant United States Attorney