IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**FILED**

APR 7 2004

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CR. NO. 03-231-N |
| SERGIO ORTIZ-ALCANTAR | ) | **VERDICT FORM** |

### COUNT 1

1. We, the Jury, find the Defendant, Sergio Ortiz-Alcantar, __Guilty__
(insert "guilty" or "not guilty")
as charged in Count 1 of the indictment. [Note: If you find the Defendant not guilty as charged in Count 1 of the indictment, you need not consider paragraph 2 below.]

2. We, the Jury, having found the Defendant guilty of the offense charged in Count 1, further find with respect to that count that he conspired to distribute or to possess with intent to distribute methamphetamine in the amounts shown (place an "X" in the appropriate box):

  (i)   500 grams or more                              ☒

  (ii)  50 grams or more, but less than 500 grams     ☐

  (iii) 5 grams or more, but less than 50 grams       ☐

  (iv)  less than 5 grams                              ☐

### COUNT 2

1. We, the Jury, find the Defendant, Sergio Ortiz-Alcantar, __Guilty__
(insert "guilty" or "not guilty")
as charged in Count 2 of the indictment. [Note: If you find the Defendant not guilty as charged in Count 2 of the indictment, you need not consider paragraph 2 below.]

2. We, the Jury, having found the Defendant guilty of the offense charged in Count 2, further find with respect to that count that he possessed with intent to distribute methamphetamine in the amounts shown (place an "X" in the appropriate box):

  (i)   500 grams or more                              ☒

  (ii)  50 grams or more, but less than 500 grams     ☐

    (iii)    5 grams or more, but less than 50 grams    ☐

    (iv)    less than 5 grams    ☐

SO SAY WE ALL.

DATED this __7th__ day of April, 2004.

                                      */s/ Jesse Clements*
                                      FOREPERSON