UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SERGIO ORTIZ ALCANTAR, )
)
      Petitioner, )
)
vs. )
) Case No. 2:06cv245-WHA-SRW
UNITED STATES OF AMERICA, ) (2:03cr231-003)
)
      Respondent. )
_____ )

## DECLARATION OF SERGIO ORTIZ-ALCANTAR

In accordance with the provisions of Section 1746 of Title 28, United States Code, I hereby make the following declarations:

1. That I was arrested for committing federal crimes on October 17, 2003, and that I am incarcerated since.

2. That after I was indicted on federal charges Mr. Ben E. Bruner was appointed to represent me due that I was unable to retain an attorney of my own.

3. That during the eight months representation, Mr. Bruner come to visit me at the county jail for four or five times. That he never explained to me or advised me for the option to enter a guilty plea on the basis of an open plea.

4. That during the trial preparation, I advised counsel of the potential witness, Maturano-Rodriguez, which has knowledge of the facts of my involvement in this case. In addition, Maturano-Rodriguez was willing to testify on my behalf.

5. Mr. Bruner explained to me that he cannot contact Maturano-Rodriguez because he is not his counsel and his attorney should interview him for the trial purposes not him.

6. That as explained to Mr. Bruner during one of his visits to the county jail. That I had never met Sidney Bradley on my entire life and on October 17,

2003, it was the first time that I had visited Montgomery, Alabama.

7. That the purpose of this trip was to accompany Maturano-Rodriguez to pick up a car in North Carolina. But, during the trip he told me that he need to make an stop on Montgomery, Alabama because he need to meet somebody.

8. That as I explained to Mr. Bruner that I did not came to Montgomery with the purpose to do nothing illegal. Rather, to accompany Maturano-Rodriguez and he can corroborate my what abouts until the date of my arrest.

9. That had counsel advised for the possibility to plea guilty for a lesser offense to have my sentence been reduced substantial I have been willing to enter into an agreement with the government. But, he never advised or explained nothing about what sentence should I have received if plea guilty to a lesser offense or even discussed with me any plea options.

I declare until penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of May, 2006.

*Sergio Ortiz*
Sergio Ortiz-Alcantar
Reg. 11301-002
P.O. Box 7001/A3A
Taft, California 93268

2