IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv245-WHA |
| | ) | |
| SERGIO ORTIZ ALCANTAR, | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 21, 2007, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the 28 U.S.C. § 2255 motion filed by petitioner is DENIED, as the claims therein entitle him to no relief.

Done this 15th day of January, 2008.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE