IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv245-WHA |
| | ) |
| SERGIO ORTIZ ALCANTAR | ) |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the United States and against the Petitioner, Sergio Ortiz Alcantar, and this 28 U.S.C. § 2255 motion is DENIED.

DONE this 15th day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE