IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:06cv245-WHA |
| | ) | |
| SERGIO ORTIZ ALCANTAR | ) | |

**<u>ORDER</u>**

On December 21, 2007, the Magistrate Judge entered a Report and Recommendation (Doc. #8), together with an order that objections were due by January 3, 2008. On January 15, 2008, no objection having been filed, the court entered an order adopting the Report and Recommendation and denying this 28 U.S.C. § 2255 motion, together with a final judgment in favor of the United States and against the Defendant. On January 18, 2008, an objection was received by this court and filed.

The court finds the objection to be untimely. It was received in this court on January 18, 2008, in an envelope postmarked January 14, 2008. The objection was dated January 8, 2008, and the certificate of service certified that it was deposited in the internal mail system of Taft Correctional Institution, Taft, California, on that date. The Defendant had filed no motion to extend the time for objecting and the objection gave no reason for its not being deposited in the institutional mail on or before January 3, 2008, as ordered. Therefore, even accepting the Defendant's certification that the objection was placed in the mail on January 8, and using that as the date of filing the objection, the objection was filed five days after the deadline set out in the Magistrate Judge's order, and also after this court had already entered final judgment against the Defendant. There, it is hereby

ORDERED that the objection is OVERRULED and DENIED as untimely.

Alternatively, the court has reviewed the objection, together with the entire file, and finds the objection to be without merit. Therefore, it is alternatively ORDERED that the objection is OVERRULED and DENIED as meritless.

DONE this 22nd day of January, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE