**08-11251C**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

**March 19, 2008**

DEBRA P. HACKETT
CLERK

MAILING ADDRESS:
P. O. Box 711
MONTGOMERY, AL 36101
(334)954-3610

---

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit                    **Re:**   District Court No. 2:06-cv-00245-WHA
56 Forsyth Street, N.W.                      USA v. SERGIO ORTIZ ALCANTAR
Atlanta, Georgia  30303

Court of Appeals No.


Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒   Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒   First Notice of Appeal:   Yes ☒   No ☐   Other notices (dates):_____

☐ ____Other:

☒ ____The Judge or Magistrate Judge appealed from is: __JUDGE W. HAROLD ALBRITTION, III__

☐   The Court Reporter (s) is/are: _____

☐   A hearing was not held in the case.  ☐ An **audio tape** is available for transcription of the court hearing

☒ ____The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:

☒ ____Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐   Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
    **Enclosed:**  certified copy of Order & an updated docket sheet

☐   Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
    **Enclosed:**  certified copy of Order & an updated docket sheet

☐ ____Copy of CJA form / order appointing counsel.

☐ ____Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); _ Volume(s) of
    transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐   ORIGINAL PAPERS:__Volume(s) of pleadings;  ____ Volume(s) of transcript;  ____ folder of exhibits

☐   This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐   This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file