Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 15, 2008

**Appeal Number: 08-11251-C**
Case Style: Sergio Ortiz Alcantar v. USA
District Court Number: 06-00245 CV-WHA

TO:   Sergio Ortiz Alcantar (11302-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Terry F. Moorer

CC:   Todd A. Brown

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 15, 2008

Sergio Ortiz Alcantar (11302-002)
Taft CI
1500 CADET ROAD
PO BOX 7001
TAFT  CA  93268-4800

**Appeal Number: 08-11251-C**
Case Style: Sergio Ortiz Alcantar v. USA
District Court Number:  06-00245 CV-WHA
SECONDARY CASE NO: 03-00231-CR-WHA

We have received a copy of the order of the district court declining to issue a certificate of appealability and denying leave to proceed on appeal in forma pauperis.

Pursuant to Fed.R.App.P. 22(b) and 24(a), you may within thirty (30) days from this date either pay **to the DISTRICT COURT clerk** the $450 docket fee plus $5 filing fee (total $455) or you may move in this court for leave to proceed on appeal as a pauper (form enclosed). See 11th Cir. R. 24-2.  A motion for a certificate of appealability should be filed in this court within the same time period.  The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within thirty (30)days from the date of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost (404) 335-6182

Encl.

HAB-5 (07-2007)