Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 30, 2008

**Appeal Number: 08-11251-C**
Case Style: Sergio Ortiz Alcantar v. USA
District Court Number:  06-00245 CV-WHA

TO:   Debra P. Hackett

CC:   Sergio Ortiz Alcantar (11302-002)

CC:   Leura Garrett Canary

CC:   John T. Harmon

CC:   Terry F. Moorer

CC:   Todd A. Brown

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-11251-C**
Case Style: Sergio Ortiz Alcantar v. USA
District Court Number: 06-00245 CV-WHA
SECONDARY CASE NO: 03-00231-CR-WHA

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost (404) 335-6182

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 3 0 2008

THOMAS K. KAHN
CLERK

No. 08-11251-C

SERGIO ORTIZ ALCANTAR,

           Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

           Respondent-Appellee.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 30th day of May, 2008.

         THOMAS K. KAHN
         Clerk of the United States Court
         of Appeals for the Eleventh Circuit

         By: Gerald Frost
           Deputy Clerk

         FOR THE COURT - BY DIRECTION

ORD-40